UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NOLAN KEITH LUCAS,

    Plaintiff,

v.

PATRICIA L. CARUSO, et al.,

    Defendants.
    _____/

File no: 2:06-CV-209

HON. ROBERT HOLMES BELL

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that Defendant Siesel's motion for summary judgment and for decision on the summary judgment (docket #105 and #145) are **GRANTED**, and this case is dismissed in its entirety.

IT IS FURTHER ORDERED that Plaintiff's motions to clarify, for reconsideration regarding reinstatement of dismissed defendants, and for order to assume supplemental jurisdiction (docket #147 and #152) are **DENIED**.

Date:   September 17, 2008        /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE